**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE TO TRIAL COURT CLERK FOR
CLERK'S RECORD ON INDIGENCE

Appellate case name:      David  Rodriguez v. James  Stafford

Appellate case number:   01-15-00602-CV

Trial court case number:  2013-64247

Trial court:                      295th District Court of Harris County

The appellant has filed an affidavit of indigence in the above-referenced appeal.  If no contest to the affidavit of indigence was filed, then the trial-court clerk must promptly notify this Court.  If a contest was filed, then the trial-court clerk is directed to prepare, certify, and file with this Court a clerk's record on indigence containing the final judgment, post-judgment motion(s), notice of appeal, affidavit(s) of indigence, contest(s) to the affidavit(s) of indigence, the trial court's signed order(s) extending the time for conducting a hearing on the contest (if any), the notice(s) of hearing on the affidavit(s) of indigence, the trial court's signed order ruling on the contest(s) to the affidavit(s) of indigence, and any other documents directly related to the question of the indigence status of appellant.  *See* Tex. R. App. P. 34.5(c)(1).

The trial-court clerk's record on indigence is due to be filed in the First Court of Appeals no later than **August 14, 2015.**

Clerk's signature:  _____
                    Clerk of the Court, Christopher A. Prine

Date:  July 28, 2015